Fred Hebel, Executor of Estate of Edna Guildstrand Hebel, Deceased, Plaintiff-Appellant, v. Hinsdale Sanitarium and Hospital, Also Known as Hinsdale Sanitarium and Benevolent Association, Defendant-Appellee.

Gen. No. 10,749.   (Abstract of Decision.)

Willard E. Cain, for appellant; Hadley & Leren, for appellee; Palmer Leren, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed May 17, 1954; released for publication June 4, 1954.

Vernard Stanton, Plaintiff-Appellee, v. Theodore Shakofsky, Defendant-Appellant.

Gen. No. 9,937.   (Abstract of Decision.)